LAW OFFICES OF MICHAEL HEATH
MICHAEL HEATH SBN 196747
3251 Steiner Street
San Francisco, CA 94123
415-931-4207
FAX 415-931-4117

Attorney for Defendant
HARJOT MARKETS, INC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN<br><br>Plaintiff<br><br>v.<br><br>HARJOT MARKETS; INC., a California Corporation dba Quick N Easy Market; Michael Bertolone and Maria Camelia Bertolone, trustees of that Certain Revocable Trust created by Declaration of Trust dated March 27, 2002<br><br>Defendant. | Case No: 3:15 CV -05262-MEJ<br><br>ANSWER TO COMPLAINT ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF, DAMAGES, ATTORNEYS' FEES AND COSTS (ADA) |

COME NOW DEFENDANTS HARJOT MARKETS; INC., a California Corporation dba Quick N Easy Market; Michael Bertolone and Maria Camelia Bertolone, trustees of that Certain Revocable Trust created by Declaration of Trust dated March 27, 200, (hereinafter Defendant") and answer Plaintiff Byron Chapman's ("Plaintiff") Complaint Asserting Denial of Right of Access Under Americans with Disabilities Act for Injunctive Relief, Declaratory Relief, Damages, Attorneys' Fees and Costs (ADA) ("Complaint") as follows:

## I. SUMMARY

ANSWER TO COMPLAINT 1-

1. In answer to Paragraph 1 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant respond that Paragraph 1 of the Complaint speaks for itself.

2. In answer to Paragraph 2 of the Complaint, Defendant lacks sufficient information or belief to admit or deny the allegations set forth therein, and therefore deny the allegations

3. In answer to Paragraph 3 of the Complaint, Defendant lacks sufficient information or belief to admit or deny the allegations set forth therein, and therefore deny the allegations.

## II. JURISDICTION

4. In answer to Paragraph 4 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits that jurisdiction is proper.

5. In answer to Paragraph 5 of the Complaint, Defendant admits that venue is proper.

## IV. PARTIES

6. In answer to Paragraph 6 of the Complaint, Defendant lack information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

## V. FACTS

7. In answer to Paragraph 7 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 7.

8. In answer to Paragraph 8 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 8.

9. In answer to Paragraph 11 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

10. In answer to Paragraph 10 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 10.

11. In answer to Paragraph 11 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 11.

12. In answer to Paragraph 12 of the Complaint, Defendant deny the allegations as set forth therein.

13. In answer to Paragraph 13 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

14. In answer to Paragraph 14 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

15. In answer to Paragraph 15 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

16. In answer to Paragraph 16 of the Complaint, Defendant deny the allegations as set forth therein.

17. In answer to Paragraph 17 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

18. In answer to Paragraph 18 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

19. In answer to Paragraph 19 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

20. In answer to Paragraph 2 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

21. In answer to Paragraph 21 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

22. In answer to Paragraph 22 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

23. In answer to Paragraph 23 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

24. In answer to Paragraph 24 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

25. In answer to Paragraph 25 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

26. In answer to Paragraph 26 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

27. In answer to Paragraph 27 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

28. In answer to Paragraph 28 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

29. In answer to Paragraph 29 of the Complaint, Defendant respond that the relief that Plaintiff seeks therein speaks for itself without admitting any wrongdoing or liability.

30. In answer to Paragraph 30 of the Complaint, Defendant respond that the relief that Plaintiff seeks therein speaks for itself without admitting any wrongdoing or liability.

31. In answer to Paragraph 31 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

32. In answer to Paragraph 3 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

33. In answer to Paragraph 33 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

34. In answer to Paragraph 34 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same .

35. In answer to Paragraph 35 of the Complaint, Defendant deny each and every allegation set forth therein.

36. In answer to Paragraph 36 of the Complaint, Defendant deny each and every allegation set forth therein

37. In and to Paragraph 37 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis deny the same.

38. In answer to Paragraph 38 of the Complaint, Defendant denies the allegations contained therein.

39. In answer to Paragraph 39 of the Complaint, Defendant denies the allegations contained therein. .

40. In answer to Paragraph 40 of the Complaint, Defendant Defendant denies the allegations contained therein..

41. In answer to Paragraph 41 of the Complaint, Defendant deny each and every allegation set forth therein.

42. In answer to Paragraph 42 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

43. In answer to Paragraph 43 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 43.

44. In answer to Paragraph 44 of the Complaint, Defendant denies the allegations contained therein.

45. In answer to Paragraph 45 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

46. In answer to Paragraph 46 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

47. In answer to Paragraph 47 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

48. In answer to Paragraph 48 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 48.

49. In answer to Paragraph 49 of the Complaint, without admitting any wrongdoing or liability for In answer to Paragraph 49 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 43any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 49.

50. In answer to Paragraph 50 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 50.

51. In answer to Paragraph 51 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 51.

52. In answer to Paragraph 52 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 52.

53. In answer to Paragraph 53 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

54. In answer to Paragraph 54 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

55. In answer to Paragraph 55 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

56. In answer to Paragraph 56 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

57. In answer to Paragraph 57 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

58. In answer to Paragraph 58 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

59. In answer to Paragraph 59 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

60. In answer to Paragraph 48 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 60.

61. In answer to Paragraph 48 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 61.

62. In answer to Paragraph 48 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 62.

63. In answer to Paragraph 63 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

64. In answer to Paragraph 64 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

65. In answer to Paragraph 65 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

66. In answer to Paragraph 66 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

67. In answer to Paragraph 67 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

68. In answer to Paragraph 68 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

69. In answer to Paragraph 69 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

70. In answer to Paragraph 70 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 70.

71. In answer to Paragraph 71 of the Complaint, without admitting any wrongdoing or liability for any alleged acts or omissions, Defendant admits the allegations contained in Paragraph 71.

72. In answer to Paragraph 72 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

73. In answer to Paragraph 73 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

74. In answer to Paragraph 74 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

75. In answer to Paragraph 75 of the Complaint, Defendant lacks information or belief to admit or deny the allegations set forth therein and on that basis denies the same.

## IX.  PRAYER FOR RELIEF

76. In answer to the Complaint, Defendant respond to Plaintiff's prayer for relief and deny that Plaintiff has been injured or damaged in any manner set forth therein or any other manner whatsoever, and deny that Plaintiff is entitled to the relief, damages, and remedies requested therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state facts sufficient to constitute a cause of action against these answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

The comparative fault of Plaintiff's and others, and such conduct of the part of Plaintiff and others, proximately contributed to the damages, if any, suffered by Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to adequately mitigate his damages as alleged herein.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff is guilty of laches in that he has inexcusably and unreasonably delayed the filing of this action thereby causing substantial prejudice to Defendant.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff consented to any conduct complained of against any defendant. Plaintiff's consent which is both express and implied, bars any recovery herein.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's actions are barred by the applicable statute of limitations including, but not limited to, California Code of Civil Procedure Sections 337, 338, 339, 340, and 342 and California Civil Code Section 1783.

### SEVENTH AFFIRMATIVE DEFENSE

These answering Defendant allege that by reason of the acts, omissions, or conduct of plaintiff and\or agents, or by reason of their ratification of the acts, omissions, or conduct of others, plaintiff is barred from any relief and\or the recovery of damages under the doctrine of waiver and\or estoppel.

### EIGHTH AFFIRMATIVE DEFENSE

These answering Defendant presently have insufficient knowledge or information on which to form a belief as to whether they may have additional, but as yet unstated, affirmative defenses available, and accordingly, These answering Defendant reserve the right to assert additional defenses in the event discovery indicates the same would be appropriate.

Dated: January 18, 2016                                     Law Offices of Michael Heath


By:   ___/s/_____
      Michael Heath
      Attorney for Defendants

## VERIFICATION

1
2
3  I, Paramjit Singh, declare:
4      I am a party to this action, the above Answer to Verified Complaint is true of my own
5  knowledge, except matters which are alleged on information and belief, and as to those matters, I
6  believe to be true.
7      I declare under penalty of perjury under the laws of the State of California that the foregoing
8  is true and correct, and that this Verification was executed on ___1/22/16___ at San
9  Francisco, California.
10
11
12                                                     _____
                                                        Paramjit Singh
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANSWER TO COMPLAINT 1-

# PROOF OF SERVICE

**Case Name:** BYRON CHAPMAN v. HARJOT MARKETS, INC. et al.

**Case No.:** 3:15-cv-05262-MEJ

I, the undersigned, declare that I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My address is 3251 Steiner Street, San Francisco, CA 94123.

On March 10, 2016 I served the following documents:

1. ANSWER TO COMPLAINT ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT FOR INJUNCTIVE RELIEF, DECLARATORY RELIEF, DAMAGES, ATTORNEYS' FEES AND COSTS (ADA)

on the party addressed as follows:

Thomas E. Frankovich
Thomas E. Frankovich
A Professional Law Corporation
1832-A Capitol Street
Vallejo, CA 94590

[X] BY MAIL by placing a true copy of each document listed above in a sealed envelope addressed to the parties listed above and/or on the attachment hereto and placing it for collection in my office for deposit with the United States Postal Service. I am readily familiar with the regular business practices of my office and attest that envelopes so placed for collection are deposited on the same business day with the United States Postal Service.

[ ] BY FACSIMILE on this date from the fax number (415) 931-4117 the document(s) listed above to the following fax number: (415) xxx-xxxx. The transmission was completed before 4:00 p.m. and was reported complete and without error. The transmitting fax machine complies with 28 U.S.C. §1746.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 10, 2016, San Francisco, California.

MICHAEL HEATH